**FULL NAME:** BRANDON LEON BIBBS

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** High Desert State Prison, Susanville, CA 96127

**PRISON NUMBER (if applicable):** BM6927

FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON LEON BIBBS

PLAINTIFF,

v.

M. MEISER

DEFENDANT(S).

**CASE NUMBER:** SACV 22-202-JVS(JPR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? __2__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I was suing the Orange and Los Angeles counties sheriff departments for malicious prosecution, but they were dismissed due to lack of jurisdiction

a. Parties to this previous lawsuit:
   Plaintiff BRANDON BIBBS

   Defendants LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; ORANGE COUNTY SHERIFF'S DEPARTMENT

b. Court UNITED STATES DISTRICT COURT

c. Docket or case number 8:17cv00416PNO FFM ; 2:17cv06214BROFFM

d. Name of judge to whom case was assigned BEVERLY REID.O'CONNELL

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Dismissed due to lack of jurisdiction

f. Issues raised: Malicious Prosecution, Perjury

g. Approximate date of filing lawsuit: March 9, 2017; August 22, 2017

h. Approximate date of disposition March 17, 2017; September 1, 2017

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not N/A

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not The institution did not respond to make a disposition

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff BRANDON LEON BIBBS
(print plaintiff's name)
who presently resides at High Desert State Prison
(mailing address or place of confinement),
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT County Jail
(institution/city where violation occurred)

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE GRIEVANCE FORM

**Is this grievance an emergency?**
*¿Es ésta queja una emergencia?*

[ ] YES*   [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

*Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.*

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
*Solamente una queja por forma.*

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NUMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| PANNELLA PIOE | 401287 | NCCF | 12K | 5/12/21 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- [ ] Living conditions
- [ ] Food
- [ ] Showers
- [ ] Property
- [ ] Mail
- [ ] Commissary/Account Balance
- [ ] Clothing/Linen/Bedding
- [ ] Educational/Vocational Programs
- [ ] Other (explain below)
- [ ] Classification
- [ ] Telephone
- [ ] Visiting

**MEDICAL/MENTAL**
- [ ] Medical Services (Place in envelope)
- [ ] Mental Health (Place in envelope)
- [ ] Dental (Place in envelope)
- [ ] Americans with Disabilities Act (ADA)
- [ ] Other (explain below)

**STAFF**
- [x] Custody Personnel
- [ ] Medical Staff
- [ ] Mental Health Staff
- [ ] Other (explain below)

*Optional (check only if applicable):*
- [x] Use of force
- [ ] Retaliation
- [x] Harassment
- [ ] Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 5/11/21 | NCCF | M-161 |

I was handcuffed, shoved (by staff) against the wall and reaching for the cross that I wear, which is a [illegible]. I was walking well, they [illegible] coming off my medication, but is use of excessive force. I asked another staff member who [illegible] and the battery aftermath [illegible]

*If needed, additional space is provided on the back of this page.*

- [x] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- [ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State ____ ZIP ____ Phone (___)

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature** X _____

---

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

why I was being treated like this and he responded because of my attitude, which does not constitute a valid reason. The force of the handcuffs caused half of my hand to be numb, as a still occurring result. I am requesting prohibition of this arbitrary conduct by staff, medical attention, and a policy of review.

xxx501

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

on (date or dates) May 11, 2021 , _____ , _____ 
                                      (Claim I)                     (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **M. MEISER** (full name of first defendant) resides or works at **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT** (full address of first defendant) **deputy sheriff (#xxx501)** (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   This officer committed an assault while acting as a deputy sheriff

2. Defendant _____ (full name of first defendant) resides or works at _____ (full address of first defendant) _____ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ (full name of first defendant) resides or works at _____ (full address of first defendant) _____ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

## CLAIM I

The following civil right has been violated:

My rights to be free from unreasonable searches and seizure [U.S.C. 4th Amendment]; prohibition of cruel and unusual punishment [U.S.C. 8th Amendment]; and, prohibition of being deprived life, liberty, and property without due process of law and equal protection of the laws [U.S.C. 14th Amendment], have been violated.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On May 11, 2021, I (BRANDON LEON BIBBS) was standing in the jail facility holding tank in module '615' of the North County Correctional facility, and drinking coffee out of a bottle while waiting for court line procedure. Moments later, one of the deputy staff members (later identified as 'M. MEISER) walked in the holding tank, demanding me to turn around towards a wall and put my hands behind my back. While I was complying with his orders, he then decides to simultaneously grab my right wrist while I am turning and closing my bottle lid, and forcefully shoves handcuffs on my wrist while pushing them into my back, causing my face and body to hit the wall. Additionally, the handcuffs were clamped extremely tight around my wrist causing loss of circulation. I asked him why did you push me into the wall, and he replied, "because your in jail." My complaint about my hand going numb due to the handcuffs were also ignored by him. I was able to observe this deputy (M. MEISER) name tag later when he brought my property to a subsequent holding tank, the same day. I was not given any medical attention the same day. I am still suffering from nerve damage and irritation.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am asking relief of, compensation of one million dollars (1,000,000); an injuction on the defendant and the official to a writ of quo warranto, and or indictment and investigation, due to the punitive, irreparable psychological emotional distress, physical pain, discriminative, deliberate indifference, damages implemented by the defendant.

1/6/22
*(Date)*

*(Signature of Plaintiff)*



