**FULL NAME:** BRANDON LEON BIBBS

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** High Desert State Prison, P.O. Box 3030, Susanville, CA 96127

**PRISON NUMBER (if applicable):** BM6927

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON LEON BIBBS,

PLAINTIFF,

v.

M. MEISER,

DEFENDANT(S).

**CASE NUMBER:** 8:22-cv-00202-JVS-JPR

"FIRST AMENDED COMPLAINT"

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? __1__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I was suing the Los Angeles county sheriff departments for malicious prosecution, but it was dismissed due to lack of jurisdiction

a. Parties to this previous lawsuit:
Plaintiff BRANDON BIBBS

Defendants LOS ANGELES COUNTY SHERIFF DEPARTMENT

b. Court UNITED STATES DISTRICT COURT

c. Docket or case number 2:17cv06244CBROFFM
d. Name of judge to whom case was assigned BEVERLY REID O'CONNELL
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Dismissed
f. Issues raised: Malicious Prosecution; Perjury

g. Approximate date of filing lawsuit: August 22, 2017
h. Approximate date of disposition September 1, 2017

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not   N/A

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not because the institution did not respond to make a disposition

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff BRANDON LEON BIBBS
(print plaintiff's name)
who presently resides at High Desert State Prison
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
LOS ANGELES COUNTY SHERIFF DEPARTMENT county jail
(institution/city where violation occurred)

CV-66 (7/97)   CIVIL RIGHTS COMPLAINT

Page 2 of 6

on (date or dates) __May 11, 2021__ , _____ , _____ .
                            (Claim I)                          (Claim II)                   (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __M. METSER_____ resides or works at
   (full name of first defendant)
   __LOS ANGELES COUNTY SHERIFF DEPARTMENT_____
   (full address of first defendant)
   __deputy sheriff (#xxx501)_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __This officer committed an assault and battery while acting as a deputy sheriff__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

The defendant violated the plaintiff's right to not be deprived of Life, Liberty, and Property without due process of law and/or equal protection of law of jurisdiction [U.S.C., 14th Amend.] by committing an assault and battery on plaintiff. (California Constitution, Declaration of Rights; Article 1: Sections 7 & 13; People v. West, 170 Cal.App.3d 326 (1988) ["Prison officials in California may subject an inmate to an inspection, either clothed or unclothed, when there is reasonable cause to believe the inmate may have concealed unauthorized or dangerous items or substances on his or her person ((Cal. Admin. Code, title 15, §3287, subd. (b)).")])

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On May 11, 2021, the plaintiff as a pretrial detainee, was standing in the Los Angeles county jail facility holding tank in module '615' of the North County Correctional facility, and drinking coffee out of a bottle while waiting for court line procedure. Moments later, one of the deputy staff (later identified as defendant) walked in the holding tank, demanding plaintiff to turn around towards a wall and put his hands behind his back, for no reason. While plaintiff complied, the defendant then decides to simultaneously grab plaintiff right wrist while he was turning and closing his bottle lid, and forcefully shoves handcuffs on his wrist while pushing them into his back, causing his face and body to hit the wall. Additionally, the handcuffs were clamped extremely tight around his wrist causing loss of circulation for approximately 2 hours till uncuffed to another holding tank. The plaintiff asked him why did you push me into the wall and handcuff me, and defendant replied "because your in jail." Plaintiff complained his hand was going numb to the defendant and requested medical attention on the grievance~~~~~~~~~~~~~~~~~~ but was ignored and never accomplished, therefore he was still suffering from nerve pain. Plaintiff was able to observe defendants name tag later, when he brought his property to a subsequent holding tank that day.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am entitled to compensation of one million dollars (1,000,000) due to the punitive, emotional distress, physical pain, and deliberate indifference damages implemented by the defendant on plaintiff. Also, I am entitled to relief of the state attorney general or Los Angeles district attorney to a writ of quo warranto and/or investigation/indictment/prosecution, on the defendant, due to the punitive, deliberate indifference, emotional distress, and physical pain damages on plaintiff, implemented by the defendant.

3/9/22
(Date)

_____
(Signature of Plaintiff)

```
                    ...sert State Prison
                       ...ox 3030
                    ...sanville, CA 96127
         Name BRANDON BIBBS
         CDCR # BM6427    Bldg/Bed C-3/123

                    CLERK, U.S. DISTRICT COURT
                         MAR 15 2022
         California Dept. Of Corrections
              and Rehabilitation
                    CENTRAL DISTRICT OF CALIFORNIA
                                        BY        DEPUTY
         INDIGENT MAIL
```

Personal & CONFIDENTIAL

JPR

US POSTAGE - PITNEY BOWES
ZIP 96130
02 1W
$ 000.73⁰
0001397487 MAR 10 2022

ADDRESS TO:
P.O. Box 3030 / All Mail To Inmates
P.O. Box 270249 / Money Orders Only

U.S. DISTRICT COURT
Office of the Clerk
Central District of California
255 East Temple Street, Room 180
Los Angeles, CA 90012

LEGAL / CONFIDENTIAL

03-09-22  J.LEE

LEGAL/
CONFIDENTIAL