BRANDON LEON BIBBS
FULL NAME

COMMITTED NAME (if different)

High Desert State Prison; P.O. Box 3030
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Susanville, CA 96127

BM6927
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRANDON LEON BIBBS,

PLAINTIFF,

v.

M. MEISER, ET AL.,

DEFENDANT(S).

CASE NUMBER
8:22-cv-00202-UVS-JPR
*To be supplied by the Clerk*

"SECOND AMENDED COMPLAINT"

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many?   **1**

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I was suing the Los Angeles county sheriff departments for malicious prosecution, but it was dismissed due to lack of jurisdiction

a. Parties to this previous lawsuit:
Plaintiff **BRANDON BIBBS**

Defendants **LOS ANGELES COUNTY SHERIFF DEPARTMENT**

b. Court **UNITED STATES DISTRICT COURT**

c. Docket or case number **2:17cv06214BROFFM**
d. Name of judge to whom case was assigned **BEVERLY REID O'CONNEL**
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **Dismissed**
f. Issues raised: **Malicious Prosecution; Perjury**

g. Approximate date of filing lawsuit: **August 22, 2017**
h. Approximate date of disposition **September 1, 2017**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No
   If your answer is no, explain why not **N/A**

3. Is the grievance procedure completed? ☐ Yes ☑ No
   If your answer is no, explain why not **because the institution did not respond to make a disposition**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **BRANDON LEON BIBBS**
(print plaintiff's name)
who presently resides at **High Desert State Prison**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**LOS ANGELES SHERIFF DEPARTMENT** county jail
(institution/city where violation occurred)

| Is this grievance an emergency?<br>¿Es ésta queja una emergencia?<br>☐ YES*  ☐ NO<br>If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.<br>Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato. | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT<br>**INMATE GRIEVANCE FORM**<br>See the back copy for instructions.<br>All grievances must be filed within 15 calendar days.<br>Grievances will be responded to within 15 days.<br>Appeals must be filed within 15 calendar days.<br>**Only one grievance per form.**<br>Solamente una queja por forma. |
|---|---|

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| | | | | |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification<br>☐ Food ☐ Telephone<br>☐ Showers ☐ Visiting<br>☐ Property<br>☐ Mail<br>☐ Commissary/Account Balance<br>☐ Clothing/Linen/Bedding<br>☐ Educational/Vocational Programs<br>☐ Other (explain below) | ☐ Medical Services (Place in envelope)<br>☐ Mental Health (Place in envelope)<br>☐ Dental (Place in envelope)<br>☐ Americans with Disabilities Act (ADA)<br>☐ Other (explain below) | ☐ Custody Personnel<br>☐ Medical Staff<br>☐ Mental Health Staff<br>☐ Other (explain below)<br>*Optional (check only if applicable):*<br>☐ Use of force<br>☐ Retaliation<br>☐ Harassment<br>☐ Racial or identity profiling<br>Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

Attention: Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------

why I was being treated like this and he responded because of my attitude, which does not constitute a valid reason. The force of the handcuffs caused half of my hand to be numb, as a still occurring result. I am requesting prohibition of this arbitrary conduct by staff, medical attention, and a policy of review.

xx501

**FRONT PART 3 (PINK COPY)**

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

on (date or dates) __May 11, 2021__, __May 11, 2021__, _____
             (Claim I)          (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __M. MEISER__ resides or works at
   (full name of first defendant)
   __LOS ANGELES COUNTY SHERIFF DEPARTMENT__
   (full address of first defendant)
   __deputy sheriff (#xxx501) of LOS ANGELES__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __This officer performed an unreasonable search, against policy of state and committed an assault and battery on plaintiff as a deputy sheriff__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

The defendant (M. MEISER) violated the plaintiff's rights to not be deprived of life, liberty, and property without due process of law and/or equal protection of law of the jurisdiction [U.S.C. 14th Amend.] by committing an assault and battery on plaintiff. [P.C. §240 ("An assault is an unlawful attempt, coupled with a present ability, to commit a violent injury on the person of another"); P.C. §242 ("A battery is any willful and unlawful use of force or violence upon the person of another")]

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On May 11, 2021, the plaintiff as a pretrial detainee, was standing in the Los Angeles county jail facility holding tank in module '615' of the North County Correctional facility, and drinking coffee out of a bottle while waiting for court line procedure. Moments later, one of the deputy staff (later identified as defendant) walked in the holding tank, demanding plaintiff to turn around towards a wall and put his hands behind his back, for no reason. While plaintiff complied, the defendant then decides to simultaneously grab plaintiff's right wrist while he was turning and closing his bottle lid, and forcefully shoves handcuffs on both of his wrists while pushing them into his back, causing his face and body to hit the wall. Additionally, the handcuffs were clamped extremely tight around the plaintiff's right wrist causing loss of circulation for approximately 2 hours till uncuffed to another holding tank. The plaintiff asked him why did you push me into the wall and handcuff me, and the defendant replied "because your in jail." Plaintiff complained to the defendant that his hand was going numb, due to the handcuffs, and he did not respond. A few hours later, plaintiff was able to observe defendant's name tag later, when he brought his property to a subsequent holding tank that day. On May 12, 2021, the plaintiff submitted a greivance of this incident and requested medical attention for suffering ongoing spontaneous nerve pain, and was never responded to.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

D. CLAIMS, cont'd...

## CLAIM II

Plaintiff civil right has been violated to not be deprived of life, liberty and property without due process of law and/or equal protection of law of the jurisdiction [U.S.C., 14th Amend.] by the defendant's unreasonable search of plaintiff [People v. West, 170 Cal. App. 3d 326 (1988) ["Prison officials in California may subject an inmate to an inspection, either clothed or unclothed, when there is reasonable cause to believe the inmate may have concealed unauthorized or dangerous items or substances on his or her person (Cal. Admin. Code, title 15, §3287, subd. (b)"]]

Supporting Facts: (refer to 'CLAIM I' supporting facts on page 5)

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am entitled to compensation of one million dollars (1,000,000) due to the punitive, emotional distress, physical pain, and deliberate indifference damages implemented on the plaintiff by the defendant M. MEISER.

6/7/22
(Date)

(Signature of Plaintiff)

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT

BRANDON BIBBS; #BA16927
CDCR Inmate
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

LEGAL/ CONFIDENTIAL

RECEIVED JUN 21 2022 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT
Office of the Clerk
Central District of California
255 East Temple Street, Room 180
Los Angeles, CA 90012

LEGAL/ CONFIDENTIAL