# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON LEON BIBBS, | Case No. SACV 22-0202-SPG (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| M. MEISER, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff's federal claims and without prejudice as to his state-law claims.

DATED: July 6, 2022

SHERILYN PEACE GARNETT
U.S. DISTRICT JUDGE